# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-8321
ktobitsch@JonesDay.com

April 29, 2021

VIA ECF

Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

Re: *Sami Benhayun v. Experian Information Solutions, Inc., et al.*, Case No. 2:21-cv-02020-FB-ARL (E.D.N.Y.)

Dear Judge Lindsay:

Experian Information Solutions, Inc. ("Experian") requests an extension of time to answer, move, or otherwise respond to the complaint, making the new deadline June 14, 2021.

The current deadline for Experian to respond to the complaint is May 13, 2021. Counsel for Plaintiff, Mr. Uri Horowitz, consents to this request. There have been no previous requests for an extension by Experian. This request does not affect any other scheduled dates.

Experian is requesting the extension so that it has time to collect and review initial documents related to allegations in Plaintiff's complaint.

Respectfully submitted,

*/s/ Kerianne Tobitsch*

Kerianne Tobitsch

cc: All counsel of record (via ECF)