

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

May 10, 2021

The Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

**Via ECF**

    ***Benhayun v. Experian Information Solutions, Inc., et al.***
    **Docket No. 2:21-cv-02020-FB-ARL**

Your Honor,

    We represent the Plaintiff, Sami Benhayun, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Discover Bank ("Discover").

    We are pleased to report that the Plaintiff has reached an agreement to settle all claim with prejudice as alleged in the Complaint against Defendant Discover.

    Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as to Discover, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                  Respectfully,

                                  */s/ Uri Horowitz*
                                  Uri Horowitz

CC: *All Counsel of Record via ECF*