UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
Sami Benhayun, individually and on behalf of all others similarly situated;

                         Plaintiff,

                       -against-

Experian Information Solutions, Inc.,
Discover Bank,

                       Defendant(s).
-------------------------------------------------------------------------x

Case No: 2:21-cv-02020-FB-ARL

**STIPULATION OF DISMISSAL WITH EXPERIAN INFORMATION SOLUTIONS, INC. AND [PROPOSED] ORDER**

      **IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Experian Information Solutions, Inc. only, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  June 25, 2021

                                                            **HOROWITZ LAW, PLLC**

                                                             */s/Uri Horowitz*_____
                                                             Uri Horowitz, Esq.
                                                             14441 70th Road
                                                            Flushing, NY 11367
                                                            Phone: (718) 705-8706
                                                           uri@horowitzlawpllc.com

                                                           *Attorney for Plaintiff Sami Benhayun*

Dated:  June 25, 2021

**JONES DAY**

*/s/ Kerianne Tobitsch (with consent)*
Kerianne Tobitsch, Esq.
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-8321
ktobitsch@jonesday.com

*Counsel for Experian Information Solutions, Inc.*

SO ORDERED:


/S/  Frederic Block   6-25-2021

JUDGE, U.S. District Court
Eastern District of New York